# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MICHAEL BRYANT**                                                                 **PLAINTIFF**

v.                                                      **CAUSE NO. 1:22CV289-LG-RPM**

**SYNCOM SPACE SERVICES, LLC**                                     **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that Defendant is entitled to summary judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit filed by Michael Bryant is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of April, 2024.

                                                        s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        UNITED STATES DISTRICT JUDGE

.